61 A.3d 195

In re Judge Michael LOWERY [sic], Judge Robert Mulgrew and Judge Michael J. Sullivan of the Philadelphia Traffic Court.

Petition of The Honorable Peter J. Wirs.

No. 19 EM 2013.

Supreme Court of Pennsylvania.

Feb. 13, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of February, 2013, the "Petition for Suspension of Traffic Court Judges," treated as an Application for Extraordinary Relief, is **DENIED.**